UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:

| | |
|---|---|
| LEVI B. JOHNSON & | CASE NO.: 15-20218 |
| ELOYCE JOHNSON | CHAPTER 13 |
| DEBTOR(S) | |

### July 22, 2015
### 1st PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

This pleading is a Bankruptcy Rule 3015(d) Summary and Notice of a Chapter 13 Repayment filed by the above captioned debtors. The complete plan can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a Password, register at http://pacer.psc.uscourts,gov or call the PACER Service Center at 1-800-676-6856. The summary of the contents of the plan filed by Debtor(s) is as follows: Debtor(s) PLAN OF REPAYMENT pursuant to 11 USC §1321, §1322, and §1325; PROPOSED ADEQUATE PROTECTION pursuant to 11 USC §361; and Debtor(s)' REQUEST FOR VALUATION OF SECURITY pursuant to 11 USC §506 and Bankruptcy Rule 3012:

1. ==*Debtor has paid in $2,350.00 through month 4, July, 2015. Debtor(s) propose to pay by DIRECT PAY, to the Chapter 13 Trustee, monthly plan payments of $1,050.00 per month beginning month 5, August, 2015 and continuing throughout the remainder of this 60 month plan.*== First plan payment is due **4/24/2015.** The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan. The debtors dedicate any future tax refunds received to the supervision and control of the Trustee for the first three (3) years (**2014, 2015 and 2016**) of the plan, excluding earned income. **TAX PLEDGE.**

2. **Claims to be paid *DIRECT* by the Debtor or *Other Party*:**

   ==*MERCHANTS AND FARMERS BANK is secured with a BUSINESS/COMMERCIALREAL ESTATE: 800 SMITH STREET, LEESVILLE, LA. Creditor shall have a long-term secured claim in the amount of $34,602.58 @ 5.00% interest per annum. Debtors are paying creditor DIRECT and OUTSIDE the plan the monthly mortgage payment of $376.00 per month. Pre-Petition ARREARAGE in the sum of $0.00 will be liquidated through the Plan. Post-Petition ARREARAGE in the sum of $0.00 will be liquidated through the Plan. This plan envisions there may be fluctuations of house payments due to changing escrow payments. MERCHANT AND FARMERS BANK shall send notice of any changes in payments to the Trustee and debtor and the debtor shall file an amended plan. This debt will not be discharged upon completion of the plan.*==

3. **Claims to be surrendered:**

   None.

4. **Claims to be paid through the plan by Trustee:**

   **Administrative Claims and/or Adequate Protection Payments:**

   a. **CHAPTER 13 TRUSTEE:** The trustee shall disburse dividends on administrative claims as soon as funds therefore become available.

   b. The <u>Trustee</u> shall receive 5% of the monthly house payment and 10% of the remaining monthly plan payment for administration of the bankruptcy estate of the debtor(s); and

   c. **DAVID J. KLANN** has an attorney fee balance of **$3,200.00** (*Mortgage Arrears*) in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available and at Trustee's discretion. Any tax refunds received

by the trustee shall be first used to cure any outstanding attorney's fee balance.

c. **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

5. **Secured Claims to be paid by the Trustee:**

   After payment of the administrative claims, the Trustee shall make payments to the creditors named in this paragraph whose claims are secured by real or movable property unless said property is being surrendered or direct payments are to be made directly to said creditor. Each of the following secured claims, if allowed, shall be paid through the plan, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the secured claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

   **CITIMORTGAGE, INC.** is secured with a **MORTGAGE ON DEBTORS HOME: 412 BRANCH STREET, DERIDDER, LA.** Creditor shall have a secured claim in the amount of *$69,225.71 @ 4.00* % interest per annum.   Trustee will pay the Debtor's home mortgage of *$417.27* per month at a rate of 5% trustees (10% on all other payments), starting with month *five, August,* 2015, of the Debtors Plan.  **Post-Petition ARREARAGE** of *$1,669.08* for month 1, April, 2015, Month 2, May, 2015 & month 3, June, 2015, *month 4, July, 2015* will be liquidated through the 60 MONTH plan. **Pre-Petition ARREARAGE** in the sum of *$4,940.39* for May 2014 through March 2015 will be liquidated through the Plan.   This debt will not be discharged upon completion of the Chapter 13 Plan.   Thereafter, debtor will resume making mortgage payments directly to creditor.   This plan envisions there to be fluctuations of house payments due to changing escrow payments. **CITIMORTGAGE, INC.** shall send notice of any changes in payments to the Trustee and the debtor and debtor shall file an amended plan.   Arrearages shall be paid in installments from funds available for distribution monthly, non-cumulative.   Arrearage payments shall only be applied to the arrearages and not applied to the on-going regular monthly payments pursuant to 11 USC 524(I).

   Confirmation of the plan shall impose and affirmative duty on the holders and/or the services of any claims secured by liens, mortgages and/or deeds or trust on the principal residence of the Debtors to do all of the following:
   (1) To deem the mortgage contractually current as of the filing of this bankruptcy for the purpose of accounting for post petition payments.  This is subject to and contingent on successful completion of mortgage cure payments and regular monthly payments under the plan.  And will preclude the imposition of late charges or other default related fees, charges or costs based solely on prepetition default.
   (2) To apply the "on-going" post-petition monthly mortgage payments paid by the trustee or by the debtors to the month in which each payments was designated to be made under the plan.   The payments shall be applied only to the on-going monthly mortgage payments as designated, and to interest principal and escrow only.   Any post-petition monthly payments that may accrue between filing and the beginning month stated shall be treated as a post-petition arrearage.   Any additional post-petition charges or assessments, (other than principal, interest, insurance and taxes), including, but not limited to miscellaneous costs, expenses, assessments, or other charges which increase Debtor's liability to the creditor, must be approved by the Court prior to being assesses to, charged to, or otherwise added to Debtor(s) account.
   (3) To apply the payments received from the trustee on the pre-petition arrearages, if any, only to such arrearages.   For purposes of this plan, the "pre-petition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.
   (4) Should there be a adjustment to the monthly note payment amount; the secured creditor must comply with Local Bankruptcy Rule 3002-1.
   (5) If the debtors pay the cure amount specified in the plan or in such lesser amount as may be establish by the creditors proof of claim, while timely making all required post-petition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the holder

to recover any amount alleged to have arisen prior to the filing of petition. At the conclusion of the plan, any remaining indebtedness will continue until paid in full.

6. **Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**

    After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

    **LA DEPT. OF REVENUE** is a 2013 -2015 SALES **TAX DEBT** of the Debtor of which the amount of the claim is ***$3,577.71*** ***@ 0.00%*** interest per annum. The Trustee will pay as a **PRIORITY CLAIM** ***$3,577.71***, during the plan. This debt will be paid in full in the plan.

    **LA DEPT. OF REVENUE** is a 2012 -2014 **TAX DEBT** of the Debtor of which the amount of the claim is ***$831.91*** ***@ 0.00%*** interest per annum. The Trustee will pay as a **PRIORITY CLAIM** ***$831.91***, during the plan. This debt will be paid in full in the plan.

    **IRS** is a **TAX DEBT** of the Debtor of which the amount of the claim is ***$9,931.37*** ***@ 0.00%*** interest per annum. The Trustee will pay as a **PRIORITY CLAIM** ***$9,931.37***, during the plan. This debt will be paid in full in the plan.

7. **General Unsecured Claims:**

    Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date with no objection filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

8. **Executory Contracts:**

    None.

9. **Other Provisions:**

    a. Title to Debtor(s) property will revest at confirmation.
    b. Insurance to protect those creditors having secured claims will be provided;
    c. Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
    d. The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

***\*ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED. THIS PLAN SUPERCEDES ANY EXISTING PLAN/S. DEBTOR FILED AMENDED SCHEDULES D (increased CitiMortgage and reduce CitiMortgage prepetition mortgage arrears, pursuant to POC filed, decreased Merchant and Farmer Bank pursuant to POC filed and changed to direct pay), E (Increased IRS & LA Dept. of Revenue added LA Dept. of Revenue, reduced IRS pursuant to POC) , F (added IRS & LA Dept. of Revenue added LA Dept. of Revenue, Bell South, Express Check, Byrd Hospital, World Finance), J (adjusted Budget), SUMMARY OF SCHEDULES & DECLARATION OF SCHEDULES. Monthly plan payments of $1,050.00 per month beginning month 5, August, 2015 and continuing throughout the remainder of this 60 month plan.***

1st PRE-CONFIRMATION MODIFICATION OF CHAPTER
13 PLAN SUMMARY NOTICE DATE: <u>July 22, 2014</u>

        **Respectfully Submitted:**

        <u>**/s/David J. Klann**</u>
        **DAVID J. KLANN ~ LA BAR #23162**
        **Attorney, 607 S. 5TH Street, Leesville, LA 71446**
        **Telephone: 337-238-1111    Fax: 337-238-2638**
        **e-mail: <u>klannatty@klannatty.com</u>**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**IN RE:**
**LEVI B. JOHNSON &**             **CASE NO.: 15-20218**
**ELOYCE JOHNSON**             **CHAPTER 13**
**DEBTOR(S)**

**CERTIFICATE OF SERVICE ON**
**1st PRE-CONFIRMATION MODIFICATION FILED 7/22/15**

I hereby certify that the foregoing **"1st Pre-Confirmation Modification of Chapter 13 Plan Filed 7-22-2015"** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **22nd** day of **July, 2015.**

Keith Rodriguez
Chapter 13 Trustee
PO Box 3445
Lafayette, LA 70502

U. S. Trustee
Via electronic means

| | | |
|---|---|---|
| 1st Heritage<br>289 Commerce Park<br>Ridgeland, MS 39157 | Account Control Bureau<br>PO Box 38390<br>Shreveport, LA 71129-274198 | AT&T Mobility II LLC<br>% AT&T Services<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 |
| Byrd Regional Hospital<br>c/o E. Trent McCarthy<br>7922 Picardy Ave.<br>Baton Rouge, LA 70809 | Byrd Regional Hospital<br>1020 Fertitta Blvd.<br>Leesville, LA 71446 | Capital One<br>Po Box 5253<br>Carol Stream, IL 60197 |
| Citifinancial<br>POB 183172<br>Columbus, OH 43218-3172 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 |
| Cr Bureau Of The South<br>PO Box 7582<br>Shreveport, LA 71137 | Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA 23606 |
| David J. Klann, Attorney<br>607 S. 5th Street<br>Leesville, LA 71446 | Eos Cca<br>Po Box 981008<br>Boston, MA 02298 | Express Check Advance<br>135 North Church St.<br>Spartanburg, SC 29306 |
| Harbor Loans<br>1804 South 5th St<br>Leesville, LA 71446 | Hibernia Ntl/Capital One<br>Attention: Bankruptcy<br>1 Corporate Dr, Suite 360<br>Lake Zurich, IL 60047 | Hsbc/mscpi<br>Po Box 3425<br>Buffalo, NY 14240 |
| Hsbc/rs<br>Attn: Bankruptcy Department | IRS<br>Centralized Insolvency Operations | IRS<br>Centralized Insolvency Operations |

| | | |
|---|---|---|
| PO Box 5263<br>Carol Stream, IL 60197 | POB 7346<br>Philadelphia, PA 19101-7346 | POB 7346<br>Philadelphia, PA 19101-7346 |
| IRS - Robert A. Thrall<br>Assistant United States Attorney<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport, LA 71101 | IRS Office of District Counsel *<br>POB 30509<br>New Orleans, LA 70190 | IRS-Insolvency<br>1555 Poydras St., Ste 220<br>Stop 31<br>New Orleans, LA   70112 |
| John Luster (2002)<br>Attorney for Merchant & Farmers Bank<br>P.O. Box 488<br>Natchitoches, LA 71458 | Louisiana Dept of Revenue ***<br>P.O. Box 66658<br>Baton Rouge, LA   70896 | Louisiana Dept of Revenue ***<br>P.O. Box 66658<br>Baton Rouge, LA   70896 |
| Louisiana Dept of Revenue ***<br>P.O. Box 66658<br>Baton Rouge, LA   70896 | Medical Data Systems I<br>645 Walnut St Ste 5<br>Gadsden, AL 35901 | Medical Data Systems I<br>645 Walnut St Ste 5<br>Gadsden, AL 35901 |
| Medical Data Systems I<br>645 Walnut St Ste 5<br>Gadsden, AL 35901 | Merchants & Farmers Bank<br>P O Box 1151<br>Leesville, LA 71496 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Ocwen Loan Servicing L<br>1661 Worthington Rd Suite 100<br>West Palm Beach, FL 33409 | Sears/cbsd<br>Citicard Credit Srvs/Centralized Ba<br>PO Box 20363<br>Kansas City, MO 64195 |
| SFC-Central Bankruptcy<br>PO Box 1893<br>Spartanburg, S.C. 29304 | SYNCB/Lowes<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Tower Loan<br>Pob 320001<br>Flowood, MS 39232 |
| World Finance Corporation<br>1033 North Pine Street<br>DeRidder, LA 70634 | | |

**/s/David J. Klann**
**DAVID J. KLANN**